## BRANCH BANK AT MOBILE v. SCOTT.

1. An appropriation and payment by the board of directors of the Branch Bank at Mobile, to an individual director, for extra services, performed by him in the interior counties of the State, is not warranted by law; and the amount thus paid may be recovered from him by the Bank.

Writ of error to the Circuit Court of Mobile.

GOLDTHWAITE, J.—The case of Mr. Scott is not different in principle from that of Mr. Collins. [*ante* 95.] Mr. Scott was a director for the same year and received an extra allowance of five hundred dollars, for services performed by him as the agent of the Bank, in several of the interior counties during the summer of 1842. These services were proved to be reasonably worth the sum allowed for them, but the appropriation is subject to the same legal objection, that the services were performed while he was a director. In the case of Mr. Collins, we endeavored to show that the board had no authority to direct compensation even for services out of the ordinary

course of the business of director; and that when such were rendered no legal claim for compensation arose; but the individual was thrown on the consideration of the Legislature for compensation. In the present case, it may be proper to add, that the defendant would certainly be entitled to retain his *per diem* allowance, during the period he was engaged in the business of the Bank, if that had not previously been allowed in his general account.

Judgment reversed and cause remanded.